No: 13-3288

David Anthony Stebbins

Plaintiff - Appellant

v.

Rhonda Watkins, Boone County Circuit Clerk; State of Arkansas

Defendants - Appellees

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:13-cv-03068-PKH)

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 10, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans